**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7529**

———————

CURTIS L. MCCOY,

        Plaintiff – Appellant,

     v.

ROBINSON, Captain, Head Nurse, Richmond City Jail; C. T. WOODY, Sheriff, Richmond City Jail, sued in his individual and official capacity; DAVIS, Deputy, Richmond City Jail, sued in his individual and official capacity,

        Defendants – Appellees,

     and

RICHMOND CITY JAIL MEDICAL DEPARTMENT; GAINES, Nurse, Richmond City Jail, sued in her individual and official capacity,

        Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, Chief District Judge. (3:08-cv-00555-JRS)

———————

Submitted: January 13, 2011      Decided: January 21, 2011

———————

Before MOTZ, KING, and WYNN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

Curtis L. McCoy, Appellant Pro Se. Leslie A. Winneberger, BEALE, BALFOUR, DAVIDSON & ETHERINGTON, PC, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis L. McCoy seeks to appeal the district court's order dismissing some defendants and claims in his 42 U.S.C. § 1983 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order McCoy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED